UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-cv-1267 OWW LJO |
| Plaintiff, | NEW CASE NUMBER: |
| v. | 1:05-cv-1267 AWI SMS |
| 8087 E. CARMEN AVE., etc., | |
| Defendant. | **ORDER REASSIGNING CASE** |

It appearing that this matter is related to case 1:05-cr-00205 AWI, <u>UNITED STATES vs. LOMBARDO, et al.,</u> it is hereby ordered that this case be reassigned from the docket of Judge Oliver W. Wanger to the docket of Judge Anthony W. Ishii and from the docket of Magistrate Judge Lawrence J. O'Neill to the docket of Magistrate Sandra M. Snyder.

DATED: November 22, 2005          /s/ OLIVER W. WANGER

                                  _____
                                        OLIVER W. WANGER
                                  UNITED STATES DISTRICT JUDGE