UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-CV-1267-AWI-SMS |
| Plaintiff, | ORDER **VACATING HEARING SET FOR SEPTEMBER 1, 2006**, ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DEEMING MOTION SUBMITTED ON THE PAPERS (DOC. 33) |
| v. | |
| REAL PROPERTY LOCATED AT 8087 E. CARMEN AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 310-090-76S-6, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Plaintiff is proceeding with a civil action in this Court. Plaintiff filed a motion for default judgment which has proceeded before a Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19).

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff for entry of a default judgment is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for September 1, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED

1  to the Court for decision.

2  IT IS SO ORDERED.

3  **Dated:     September 1, 2006**                    **/s/ Sandra M. Snyder**
   icido3                                              UNITED STATES MAGISTRATE JUDGE