UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>   v.<br><br>REAL PROPERTY LOCATED AT 8087<br>E. CARMEN AVENUE, FRESNO,<br>FRESNO COUNTY, CALIFORNIA,<br>APN: 310-090-76S-6, INCLUDING<br>ALL APPURTENANCES AND<br>IMPROVEMENTS THERETO,<br><br>             Defendant. | 1:05-CV-1267-AWI-SMS<br><br>ORDER RE: FINDINGS AND<br>RECOMMENDATIONS ON PLAINTIFF'S<br>MOTION FOR DEFAULT JUDGMENT<br>(DOCS. 33, 35) |

    Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19). Pending before the Court is Plaintiff's motion for default judgment filed on July 17, 2006.

    On September 7, 2006, the Magistrate Judge filed findings and a recommendation that Plaintiff's motion for default judgment be granted. The findings and recommendation were served on all parties on September 7, 2006, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No

1

1  party has filed any objections.

2       In accordance with the provisions of 28 U.S.C. § 636
3  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
4  452, 454 (9th Cir. 1983), this Court has conducted a de novo
5  review of the case. Having carefully reviewed the entire file,
6  the Court finds that the report and recommendation are supported
7  by the record and proper analysis.

8       Accordingly, IT IS HEREBY ORDERED that:

9       1. The findings and recommendation filed September 7, 2006,
10 are ADOPTED IN FULL; and

11      2. Plaintiff's motion for default judgment IS GRANTED; and

12      2. Plaintiff IS ENTITLED to, and the Clerk SHALL ENTER, a
13 judgment that

14           a) The interest/s of Benjamin Valencia Lucatero, Santos
15 Rafael Islas Ramirez, and Ramiro Barragan in the Defendant
16 property are condemned and forfeited to the United States of
17 America; and

18           b) The right, title, and interest of potential
19 claimants Benjamin Valencia Lucatero, Santos Rafael Islas
20 Ramirez, and Ramiro Barragan in the Defendant property are
21 forfeited to the United States of America pursuant to 21 U.S.C. §
22 881(a)(7), and are vested in the United States; and

23           c) All persons claiming any right, title, or interest
24 in or to the Defendant property have defaulted and no longer have
25 any right, title, or interest in the Defendant property
26 whatsoever; and

27      3. The Clerk SHALL ENTER final judgment of forfeiture for
28 Plaintiff United States that vests in the United States of

1 America all right, title, and interest in the Defendant real
2 property.

4 IT IS SO ORDERED.

5 **Dated:   November 3, 2006**            /s/ Anthony W. Ishii
  0m8i78                                   UNITED STATES DISTRICT JUDGE

3