McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 8087 E. CARMEN AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 310-090-76S-6, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>    Defendant. | 1:05-CV-01267-AWI-SMS<br><br>DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE |

    This matter is before the Court on plaintiff United States' Ex Parte Motion for Default Judgment filed July 17, 2006. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted, and no timely objection has been filed. An Order Re: Findings and Recommendations on Plaintiff's Motion for Default Judgment was filed on November 3, 2006. Based on the Magistrate Judge's Findings and Recommendations, the Order Re: Findings and Recommendations on Plaintiff's Motion for Default Judgment, and the files and records of the Court, it is

    ORDERED, ADJUDGED AND DECREED:

    1. After a *de novo* review, the Court adopts the Magistrate Judge's Findings and

1  Recommendations filed September 7, 2006, in full.

2. Benjamin Valencia Lucatero, Santos Rafael Islas-Ramirez, and Ramiro Barragan are held in default.

3. A judgment by default is hereby entered against any right, title or interest in the defendant real property located at 8087 E. Carmen Avenue, Fresno, Fresno County, California, APN: 310-090-76S-6, more fully described in Exhibit A attached hereto, held by any potential claimants.

4. A final judgment is hereby entered, forfeiting all right, title and interest in the defendant real property located at 8087 E. Carmen Avenue, Fresno, Fresno County, California, APN: 310-090-76S-6, to the United States of America, to be disposed of according to law, including all right, title and interest of Benjamin Valencia Lucatero, Santos Rafael Islas-Ramirez, and Ramiro Barragan, subject to the interest of claimant Mortgage Electronic Registration Systems, Inc., as Nominee For Countrywide Home Loans, Inc. (hereafter referred to as "claimant Countrywide") pursuant to the Stipulation for Expedited Settlement filed on April 24, 2006.

5. Upon entry of this final judgment, the defendant real property shall be sold by the United States Marshals Service in any commercially reasonable manner.

6. The United States Marshals Service shall have the real property appraised by a licensed appraiser of its choosing.  If necessary, the United States Marshals Services, or their designee, shall have the right to put a "lock box" on the property to facilitate the marketing and sale of the property.

7. The following costs and expenses of sale shall be deducted from the gross sales price and paid directly out of escrow in the following order and to the extent that funds are available:

    a. The costs incurred by the United States Marshals Service to the date of close of escrow, including the cost of posting, service, advertising, and maintenance.

    b. Any unpaid real property taxes which shall be prorated as of the date of entry of the final judgment of forfeiture.

    c. The costs and expenses associated with the sale of the real property.

    d. Any county transfer taxes.

    e.    To claimant Countrywide in accordance with the Stipulation for Expedited Settlement filed on April 24, 2006:

        i.    All unpaid principal due to Countrywide in the original amount of $355,300.00 pursuant to a Promissory Note dated May 4, 2004, and secured by a Deed of Trust dated May 4, 2004, and recorded on May 17, 2004 as Document No. 010769200, in the official records of Fresno County, California. As of April 19, 2006, the total amount due and owing under the note was $361,902.28. This number consists of principal due and owing in the amount of $346,565.97, interest due and owing in the amount of $9,975.60, and miscellaneous fees and costs in the amount of $5,351.71. Interest will continue to accrue under the note at a rate of $49.7536 per diem;

        ii.    All unpaid interest at the contractual rate (not default) under the above-described note and deed of trust until the date of payment;

        iii.    All unpaid casualty insurance premiums for the defendant real property from October 27, 2005 (date of posting the defendant real property) to the date of payment;

        iv.    Reasonable attorney's fees not to exceed $2,000.00; and

        v.    A total fee of not more than $200 to process a beneficiary demand statement and to record a reconveyance of the deed of trust.

        vi.    The exact amount to be paid to the claimant Countrywide shall be determined at the time of payment.

    f.    All funds remaining after the payment of the expenses described above shall be paid to the United States, to be disposed of according to law.

8. Any liens or encumbrances against defendant real property that appear on record subsequent to the recording of plaintiff's lis pendens on October 6, 2005, and prior to entry of the Final Judgment of Forfeiture herein may be paid out of escrow at the sole discretion of the United States Attorney's Office.

9. The costs of obtaining a standard American Land Title Association (ALTA) policy of title insurance shall be paid for by the buyer of the real defendant property.

10. All loan fees, "points" and other costs of obtaining financing shall be paid by the buyer of the defendant real property.

12. All parties shall bear their own costs and attorneys' fees, except as provided for herein.

**Exhibit A**
(Real property located at 8087 E. Carmen Avenue, Fresno, Fresno County, California)

Parcel 2 of Parcel Map No. 4993, in the City of Fresno, County of Fresno, State of California, according to the map thereof, recorded in Book 35 Page 3 of Parcel Maps, Fresno County Records.

Excepting therefrom one-half of all oil, gas and minerals, as heretofore reserved of record.

Assessor's Parcel No: 310-090-76S-6

IT IS SO ORDERED.

**Dated:     November 13, 2006**                    /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE